IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO MARQUISE CROCKETT ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 3:22-cv-260 |
| v. ) | Chief Judge Crenshaw/Frensley |
| ) | |
| TONY MAYS, WARDEN, ET AL. ) | |
|     Defendants. ) | |

## ORDER

Pending before the Court is a document styled "Motion to Report Retaliation and Seek Remedy" filed by the pro se Plaintiff in this matter. Docket No. 27. In this document, Plaintiff recounts several incidents he alleges have occurred during his incarceration which he believes to be retaliation. *Id.* As relief, he seeks an order transferring him to "another maximum security prison or equivalent facility . . . ." *Id.* The Plaintiff has previously requested a transfer which was denied by this Court. Docket No. 22. Generally, it is the role of "prison administrators . . . , and not the courts, to make the difficult judgements concerning institutional operations." *Jones v. North Carolina Prisoner's Union*, 433 U. S. 119, 128 (1977). For the reasons stated in the Court's previous order and given the deference afforded prison administrators regarding operations of the prison, the Plaintiff's motion (Docket No. 27) is **DENIED.**

    IT IS SO ORDERED.

                                                      **JEFFERY S. FRENSLEY**
                                                    **United States Magistrate Judge**