UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ANTONIO M. CROCKETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:22-cv-00260** |
| | ) | |
| **JACOB STRICKLAND and** | ) | |
| **MARSHALL WINSTEAD,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

The Magistrate Judge entered a Report and Recommendation ("R&R") (Doc. No. 44) recommending that the Court grant Defendants Jacob Strickland and Marshall Winstead's Motion for Summary Judgment (Doc. No. 37). No timely objections have been filed.

The absence of objections "releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-CV-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Regardless, the Court thoroughly reviewed the R&R and agrees with the Magistrate Judge's recommended disposition. Accordingly, the R&R (Doc. No. 44) is **APPROVED AND ADOPTED**, Defendants' Motion for Summary Judgment (Doc. No. 37) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE