UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Antonio Marquise Crockett

        Plaintiff,

v.          Case No.: 3:22−cv−00260

f/n/u Winsted, et al.

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/2/2023 re [45].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk